Fred Holy, Appellee, v. Winifred Hitchcock, Appellant.

Gen. No. 40,847.

Heard in second division, first district, at October term, 1939; opinion filed December 27, 1939. C. N. Leach, for appellant; J. Kendall Mitchell, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''